# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Jose Ernesto Bonilla Flores,

      Petitioner

v.

Tood Blanche, et al.,[1]

      Respondents

Case No.: 2:26-cv-00829-JAD-MDC

**Order Granting Petitioner's Motion to Dismiss and Closing Case**

[ECF No. 16]

Petitioner Jose Ernesto Bonilla Flores filed a pro se petition for a writ of habeas corpus in March 2026. I appointed him counsel and ordered Flores to file a counseled amended petition. Flores now moves to dismiss his case, representing that he has voluntarily departed to the Dominican Republic.[2] Because Flores's departure renders moot the claims in his petition, I grant his motion and close this case.

## Conclusion

IT IS THEREFORE ORDERED that Jose Ernesto Bonilla Flores's motion to dismiss **[ECF No. 16] is GRANTED**. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
July 2, 2026

---

[1] Todd Blanche has replaced respondent Pamela Bondi as the Acting Attorney General of the United States and Markwayne Mullin has replaced respondent Kristi Noem as United States Secretary of Homeland Security, so I substitute them as respondents under Federal Rule of Civil Procedure 25(d).

[2] ECF No. 16.